OPINION — AG — CLAIMS FOR PAYMENT OF A VALID JUDGEMENT ENTERED DURING THE 1977 FISCAL YEAR, AWARDING AN AMOUNT FOR PERSONAL SERVICES RENDERED IN PREVIOUS FISCAL YEAR AND ATTORNEY'S FEES, AGAINST THE STATE BOARD OF MEDICOLEGAL INVESTIGATIONS, CAN BE APPROVED AND PAID FROM LEGALLY AVAILABLE GENERAL REVENUE MONEY APPROPRIATED TO THE BOARD FOR THE 1977 FISCAL YEAR. CITE: ARTICLE X, SECTION 1 (GERALD WEIS) ** SEE: OPINION NO. 79-109 (1989) **